**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          Christopher Hildebrand v. Dodi Marie Hildebrand

Appellate case number:     01-18-00933-CV

Trial court case number:    16-1905-CV

Trial court:                          25th District Court of Guadalupe County

Appellant, Christopher Hildebrand, has filed a motion for bench warrant or to appear by telephone to provide testimony to this Court "for the final hearing." The Clerk of this Court issued a notice on February 10, 2020, stating, "The Court will not hear oral argument" in this appeal. *See* TEX. R. APP. P. 39.1 (providing that court of appeals may "decide[] that oral argument is unnecessary" for certain reasons). Moreover, this Court may only consider evidence that was presented to the trial court and appears in the record on appeal. *See Ginn v. Forrester*, 282 S.W.3d 430, 432–33 (Tex. 2009) (stating that, in restricted appeal, error must appear on face of record and extrinsic evidence will not support restricted appeal); TEX. R. APP. P. 34.1 ("The appellate record consists of the clerk's record and, if necessary to the appeal, the reporter's record."); *see also* TEX. R. APP. P. 34.5 (clerk's record), 34.6 (reporter's record), 38.1(g) (providing that statement of facts in appellant's brief "must be supported by record references), 38.1(i) (providing that argument in appellant's brief must be supported "with appropriate citations . . . to the record.").

Accordingly, we **deny** appellant's motion.

It is so ORDERED.

Judge's signature:     /s/ Evelyn V. Keyes
                              ☑ Acting individually     ☐ Acting for the Court

Date: March 24, 2020